```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VANE LINE BUNKERING, INC.     : CIVIL ACTION
                              :
        vs.                   :
                              : NO. 10-CV-4460
ATLANTIC MUTUAL INSURANCE CO. :
```

**ORDER**

     AND NOW, this     15th     day of February, 2011, upon consideration of Defendant's Motion to Dismiss or in the Alternative to Stay Proceedings (Doc. No. 5) and Plaintiff's Response thereto, it is hereby ORDERED that the Alternative Motion is GRANTED and all proceedings in this matter are STAYED until such time as the Rehabilitation Proceedings now underway in the State of New York have concluded.


                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER,       J.